USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_\_4/7/20_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

MARILYN ADINO,

                 Defendant.

---------------------------------------------------------X

19-CR-116 (KMW)

**<u>ORDER</u>**

KIMBA M. WOOD, United States District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the sentencing scheduled for Tuesday, April 21, 2020, is adjourned to June 30, 2020, at 11:00 a.m.

    SO ORDERED.

Dated: New York, New York
      April 7, 2020

                                       /s/ Kimba M. Wood /
                                      KIMBA M. WOOD
                            United States District Judge