UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

          -against-

MARILYN ADINO,

                         Defendant.
------------------------------------------------------------------x

**ORDER**
19 CR 116 (KMW)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/20
```

KIMBA M. WOOD, District Judge:

    A remote sentencing hearing will be held in the above-captioned case on Thursday, September 17, 2020, at 11:00 a.m.

    Members of the press and public who wish to hear the proceeding should dial 917-933-2166. The Conference ID is 838218603.

    SO ORDERED.

Dated: New York, New York
          September 4, 2020

*Kimba M. Wood*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE