**COHEN, FRANKEL & RUGGIERO, LLP**
ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
GILLIAN M. FEEHAN*

*ADMITTED IN NJ AND PENDING ADMISSION IN NY

35-07 90TH STREET
(718) 898-4900 • FAX (718) 898-0093
PLEASE DO NOT REPLY TO THIS OFFICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/20

September 4, 2020

**VIA ECF**
The Honorable Kimba M. Wood
Senior United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  *United States v. Marilyn Andino*
     19-cr-116 (KMW)

Dear Judge Wood:

Please recall that I represent Ms. Marilyn Andino in her defense of the above-referenced matter. Ms. Andino is scheduled to be remotely sentenced by Your Honor on September 17, 2020 at 11:00 a.m. I write to respectfully request that Your Honor adjourn Ms. Andino's sentencing date for a period of 45 days in order to enable the parties to resolve an open issue prior to sentencing and to comply with Your Honor's Rules of Practice regarding sentencing submissions. This is the defense's first such request and is made with the consent of the Government.

*Sentencing is adjourned to November 16, 2020, at 12:30 p.m. Defendant's submission is due by November 2, 2020. Government submission is due by November 9, 2020.*

Respectfully submitted,

Mark I. Cohen, Esq.

MIC/gmf

Cc: A.U.S.A. Adam Hobson (via ECF)
    A.U.S.A. Michael Krouse (via ECF)
    Ms. Marilyn Andino (via mail)

SO ORDERED: N.Y., N.Y. 9/8/20

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.