```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

MARILYN ANDINO,

    Defendant.

-------------------------------------------------------------X

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO
WITHDRAW GUILTY PLEA

19 Cr. 116 (KMW)

Upon the application of Defendant Marilyn Andino, by her attorney Mark I. Cohen, and with due consideration given to the November 9, 2020 deferred prosecution agreement between the Government and Defendant and the Defendant's successful completion thereof, it is hereby ORDERED that:

1. Defendant's Motion to Withdraw Guilty Plea is hereby GRANTED and defendant's guilty plea is VACATED.

    IT IS SO ORDERED.

Dated: New York, New York
       May 12, 2021

*Kimba M. Wood*

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York